```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| WILLIAM RUSSELL BARGER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3268 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL JOHANNS, in his | ) | ORDER |
| capacity as Secretary of the | ) | |
| United States Department of | ) | |
| Agriculture, | ) | |
| | ) | |
| Defendant. | ) | |

The appeal of my earlier order having been resolved,

IT IS ORDERED,

This case will be decided on cross motions for summary judgment, and

1. Plaintiff and defendant are each given until November 1, 2005 to file a motion for summary judgment, properly documented.

2. Responses to each motion for summary judgment shall be due thirty days after the filing of the motion for summary judgment.

3. Each party may, but is not required to, file a reply brief in support of his motion for summary judgment within ten days following the filing of his opponent's response to his motion for summary judgment.

4. The case will be deemed submitted at the close of this briefing schedule.

DATED this 1st day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge