IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM RUSSELL BARGER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3268 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL JOHANNS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. The parties' joint motion for a thirty-day extension of the deadline for filing motions for summary judgment, filing 39, is granted.

2. Plaintiff and defendant are each given until December 1, 2005 to file a motion for summary judgment, properly documented.

3. Responses to each motion for summary judgment shall be due thirty days after the filing of the motion for summary judgment.

4. Each party may, but is not required to, file a reply brief in support of his motion for summary judgment within ten days following the filing of his opponent's response to his motion for summary judgment.

5. The case will be deemed submitted at the close of this briefing schedule.

DATED this 27th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge